IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN JOSEPH BRENNAN, : | CIVIL ACTION |
|         Plaintiff : | |
| : | NO. :   02-CV-5122 |
| v. : | |
| : | |
| BOROUGH OF WEST CHESTER, : | |
| COUNCIL FOR THE BOROUGH OF WEST : | |
| CHESTER, COUNCILMAN H. PAUL : | |
| FITZPATRICK, , COUNCILWOMAN DIANE C. : | |
| LEBOLD, COUNCILMAN WILLIAM J. SCOTT, : | |
| COUNCILMAN ANDREW E. MCINTYRE, : | |
| COUNCILWOMAN ANNE M. CARROLL, : | |
| COUNCILWOMAN BARBARA MCILVAINE- : | |
| SMITH, COUNCILWOMAN MARIA M. : | |
| CHESTERTON, CHIEF OF POLICE SCOTT : | |
| BOHN, LIEUTENANT JEFFREY D. JOHNSON, : | |
| OFFICER CHRISTOPHER CRAIG, OFFICER : | |
| JEFFREY DITZ, DISPATCHER SEAN PETTY, : | |
| OFFICER MICHAEL HEIDELBAUGH, : | |
| OFFICER CARL MCINTYRE, DISPATCHER : | |
| WILLIAM MANN AND JOHN DOE #1, A : | |
| POLICE OFFICER FOR WEST CHESTER : | |
| BOROUGH POLICE DEPARTMENT : | |
|         Defendants : | |

**ENTRY OF APPEARANCE FOR DEFENDANT OFFICER CARL MCINTYRE**

TO THE CLERK OF COURT:

Please enter my appearance for Defendant Officer Carl McIntyre in his personal capacity only.

BY: _____
Dawson R. Muth, Esquire
135 W. Market Street
West Chester, PA 19382
(610) 436-6220
(610) 436-0628 - Fax
Attorney I. D. No.: 78079