

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Brian Joseph Brennan, | : |
| Plaintiff, | : 02-CV-5122 |
| v. | : |
| Borough of West Chester, Council for the Borough of West Chester, Councilman H. Paul Fitzpatrick, Councilwoman Diane C. Lebold, Councilman William J. Scott, Councilman Andrew E. McIntyre, Councilwoman Anne M. Carroll, Councilwoman Barbara McIlvaine-Smith, Councilwoman Maria M. Chesterton, Chief of Police Scott Bohn, Lieutenant Jeffrey D. Johnson, Officer Christopher Craig, Officer Jeffrey Ditz, Dispatcher Sean Petty, Officer Michael Heidelbaugh, Officer Carl McIntyre, Dispatcher William Mann and John Doe #1, A Police Officer For West Chester Borough Police Dept. | : JURY TRIAL DEMANDED  FILED NOV 1 2 2002 |
| Defendants. | : |

## WITHDRAWAL OF APPEARANCE

**TO THE PROTHONOTARY:**

Kindly withdraw the appearance of David J. MacMain, Esquire, as counsel on behalf of Defendant, John Doe #1.

Date: Nov. 12, 2002

David J. MacMain (I.D. No. 59320)
MONTGOMERY, MCCRACKEN,
 WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500

861066v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2002, I caused a true and correct copy of the foregoing **Withdrawal of Appearance** to be served via First Class Mail, Postage Prepaid, addressed as follows:

John J. Griffin, Esquire
239 South Camac Street
Philadelphia, PA 19107

*Attorney for Plaintiff,*
*Brian Joseph Brennan*

Dawson R. Muth, Esquire
135 West Market Street
West Chester, PA 19382

*Co-Counsel for Defendant,*
*Officer Carl McIntyre*

FILED NOV 1 2 2002

L. Kristen Blanchard

861066v1