THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN JOSEPH BRENNAN, | CIVIL ACTION |
| Plaintiff, | |
| | NO. 2:02cv5122 |
| v. | |
| BOROUGH OF WEST CHESTER, <br> H. PAUL FITZPATRICK, <br> DIANE C. LEBOLD, <br> WILLIAM J. SCOTT, <br> ANDREW E. McINTYRE, <br> ANNE M. CARROLL, <br> BARBARA McILVAINE-SMITH, <br> MARIA M. CHESTERTON, <br> SCOTT BOHN, <br> JEFFREY D. JOHNSON, <br> CHRISTOPHER CRAIG, <br> JEFFREY DITZ, <br> SEAN PETTY, <br> MICHAEL HEIDELBAUGH, <br> CARL McINTYRE, <br> WILLIAM MANN, and <br> JOHN DOE #1, a police officer for West Chester Borough Police Department, | |
| Defendants. | |

**ENTRY/WITHDRAW OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly withdraw my appearance in the above-captioned matter on behalf of Defendants Borough of West Chester, Council for the Borough of West Chester, Councilman H. Paul Fitzpatrick, Councilwoman Diane C. Lebold, Councilman William J. Scott, Councilman Andrew E. McIntyre, Councilwoman Anne M. Carroll, Councilwoman Barbara McIlvaine-Smith, Councilwoman Maria M. Chesterton, Chief of Police Scott Bohn, Lieutenant Jeffrey D. Johnson, Officer Christopher Craig, Officer Jeffrey Ditz, Dispatcher Sean Petty, Officer Michael

833893v1

Heidelbaugh, Officer Carl McIntyre, and Dispatcher William Mann ("Defendants"). David J. MacMain remains as counsel for Defendants.

                MONTGOMERY, McCRACKEN, WALKER
                & RHOADS, LLP

By:_____
   L. KRISTEN BLANCHARD
   Attorney I.D. #80005
   123 S. Broad Street
   Philadelphia, PA 19109
   (215) 772-1500

Kindly enter my appearance in the above-captioned matter on behalf of Defendants Borough of West Chester, Council for the Borough of West Chester, Councilman H. Paul Fitzpatrick, Councilwoman Diane C. Lebold, Councilman William J. Scott, Councilman Andrew E. McIntyre, Councilwoman Anne M. Carroll, Councilwoman Barbara McIlvaine-Smith, Councilwoman Maria M. Chesterton, Chief of Police Scott Bohn, Lieutenant Jeffrey D. Johnson, Officer Christopher Craig, Officer Jeffrey Ditz, Dispatcher Sean Petty, Officer Michael Heidelbaugh, Officer Carl McIntyre, and Dispatcher William Mann ("Defendants"). David J. MacMain remains as counsel for Defendants.

                MONTGOMERY, McCRACKEN, WALKER
                & RHOADS, LLP

By:_____
   David J. MacMain
   I.D. No. 59320
   Michael J. Butler
   I.D. No. 81799
   123 S. Broad Street
   Philadelphia, PA 19109
   (215) 772-1500

833893v1

## CERTIFICATE OF SERVICE

I, Michael J. Butler, hereby certify that on this _____ day of May, 2003, I caused a true and correct copy of the foregoing **Entry/Withdraw of Appearance** to be served by first class United States mail, postage prepaid, upon the following:

John J. Griffin, Esquire
239 South Camac Street
Philadelphia, PA 19107

*Co-counsel for Plaintiff,
Brian Joseph Brennan*


Andrew J. Bellwoar, Esquire
Siana, Bellwoar & McAndrew, LLP
941 Pottstown Pike, P.O. Box 630
Exton, PA 19341

*Co-counsel for Plaintiff,
Brian Joseph Brennan*


Dawson R. Muth, Esquire
135 West Market Street
West Chester, PA 19382

*Co-Counsel for Defendant,
Officer Carl McIntyre*

_____
Michael J. Butler

833893v1