IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN JOSEPH BRENNAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF WEST CHESTER, et al. | : | NO. 02-5122 |

O R D E R

AND NOW, this    day of June, 2003, it is hereby **ORDERED** that a settlement conference is scheduled before the undersigned on Tuesday, August 12, 2003 at 10:00 a.m. in Room 3029, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

IT IS **FURTHER ORDERED** that **trial counsel**, clients and any other person necessary to negotiate and agree to a settlement shall appear in person at said conference.

ATTEST:                 or              BY THE COURT:

_____           _____
BY: Juanita M. Davis                  DIANE M. WELSH
    Deputy Clerk                      UNITED STATES MAGISTRATE JUDGE

Copy faxed on 6/20/03 to:
Andrew J. Bellwoar, Esq.
John J. Griffin, Esq.
David J. MacMain, Esq.
Dawson R. Muth, Esq.