IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Brian Joseph Brennan, | : |
| | : |
| Plaintiff, | : 02-CV-5122 |
| | : |
| v. | : |
| | : |
| Borough of West Chester, Council for the Borough of West Chester, Councilman H. Paul Fitzpatrick, Councilwoman Diane C. Lebold, Councilman William J. Scott, Councilman Andrew E. McIntyre, Councilwoman Anne M. Carroll, Councilwoman Barbara McIlvaine-Smith, Councilwoman Maria M. Chesterton, Chief of Police Scott Bohn, Lieutenant Jeffrey D. Johnson, Officer Christopher Craig, Officer Jeffrey Ditz, Dispatcher Sean Petty, Officer Michael Heidelbaugh, Officer Carl McIntyre, Dispatcher William Mann and John Doe #1, A Police Officer For West Chester Borough Police Dept. | : : : : : : : : : : : : : JURY TRIAL DEMANDED |
| Defendants. | : |

STIPULATION OF PARTIAL VOLUNTARY DISMISSAL
AS TO DEFENDANTS COUNCIL FOR THE BOROUGH OF WEST CHESTER,
COUNCILMAN H. PAUL FITZPATRICK, COUNCILWOMAN DIANE C. LEBOLD,
COUNCILMAN WILLIAM J. SCOTT, COUNCILMAN ANDREW E. MCINTYRE,
COUNCILWOMAN ANNE M. CARROLL, COUNCILWOMAN BARBARA
MCILVAINE-SMITH, COUNCILWOMAN MARIA M. CHESTERTON,
CHIEF OF POLICE SCOTT BOHN, LIEUTENANT JEFFREY D. JOHNSON,
OFFICER CHRISTOPHER CRAIG, OFFICER JEFFREY DITZ,
DISPATCHER SEAN PETTY, OFFICER MICHAEL HEIDELBAUGH,
OFFICER CARL MCINTYRE, AND DISPATCHER WILLIAM MANN

The undersigned parties, by and through their undersigned counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that the Counts of Plaintiffs' complaint as asserted against Defendants Council for the Borough of West Chester, Councilman H. Paul Fitzpatrick, Councilwoman Diane C. Lebold, Councilman William J. Scott, Councilman

Andrew E. McIntyre, Councilwoman Anne M. Carroll, Councilwoman Barbara McIlvaine-Smith, Councilwoman Maria M. Chesterton, Chief of Police Scott Bohn, Lieutenant Jeffrey D. Johnson, Officer Christopher Craig, Officer Jeffrey Ditz, Dispatcher Sean Petty, Officer Michael Heidelbaugh, Officer Carl McIntyre, and Dispatcher William Mann in the above-captioned case, are HEREBY VOLUNTARILY DISMISSED WITH PREJUDICE.

Respectfully submitted,

Date: August __, 2003

John J. Griffin, Esquire
PA Attorney I.D. No. 42891
239 South Camac Street
Philadelphia, PA 19107

Andrew J. Bellwoar, Esquire
Pa. Attorney I.D. No. 54096
Siana, Bellwoar & McAndrew, LLP
941 Pottstown Pike, P.O. Box 630
Exton, PA 19341

Co-counsel for Plaintiff,
Brian Brennan

David MacMain
Michael J. Butler
Pa Attorney I.D. Nos. 59320 and 81799
Montgomery, McCracken,
   Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Attorney for Defendants,
Borough of West Chester, Council for the Borough of West Chester, Councilman H. Paul Fitzpatrick, Councilwoman Diane C. Lebold, Councilman William J. Scott, Councilman Andrew E. McIntyre, Councilwoman Anne M. Carroll, Councilwoman Barbara McIlvaine-Smith, Councilwoman Maria M. Chesterton, Chief of Police Scott Bohn, Lieutenant Jeffrey D. Johnson, Officer Christopher Craig, Officer Jeffrey Ditz, Dispatcher Sean Petty, Officer Michael Heidelbaugh, Officer Carl McIntyre, and Dispatcher William Mann