IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN JOSEPH BRENNAN,<br>  Plaintiff<br><br>v.<br><br>BOROUGH OF WEST CHESTER, et al.<br>  Defendants | :<br>:<br>:   02-CV 5122<br>:<br>:<br>:<br>:   JURY TRIAL DEMAND<br>: |

## STIPULATION AND ORDER

It is hereby stipulated and agreed by and between the parties, acting through their counsel, that the counterclaims filed by Defendants Ditz and Hiedelbaugh are HEREBY VOLUNTARILY DISMISSED WITHOUT PREJUDICE.

Respectfully submitted,

Date: August __, 2003

_____
John J. Griffin, Esquire
Pa Attorney I.D. No. 42891
239 South Camac Street
Philadelphia, PA 19107

Andrew J. Bellwoar, Esquire
Pa Attorney I.D. No. 54096
Siana, Bellwoar & McAndrew, LLP
941 Pottstown Pike, P.O. Box 630
Exton, PA 19341

Co-counsel for Plaintiff
Brian Joseph Brennan

_____
David J. MacMain, Esquire
Michael J. Butler, Esquire
Pa Attorney I.D. Nos. 59320 and 81799
Montgomery, McCraken,
Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Attorney for Defendants
Borough of West Chester, et al.


It is so **ORDERED**:


_____
                                                       J.