IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN JOSEPH BRENNAN

:   CIVIL ACTION
:
vs. :
:   NO. 02-5122

BOROUGH OF WEST CHESTER, et al.

O R D E R

**AND NOW, TO WIT:** This      day of   October, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


**MICHAEL E. KUNZ**, Clerk of Court


**BY:** _____

Marie O'Donnell
Deputy Clerk


Civ 2 (8/2000)
41(b).frm